In the Matter of PAUL MEYER, Appellant, against SIGISMUND S. GOLDWATER, as Commissioner of Hospitals of the City of New York, Respondent.

Submitted October 6, 1941; decided October 16, 1941.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. The court considered the finding of the Appellate Division that there was insufficient evidence to sustain either of the first two specifications, and upon that point the court was unanimous in sustaining the Appellate Division. (See 286 N. Y. 461.)

In the Matter of the Estate of WILLIAM H. DUNN, Deceased.

JOHN E. KEENAN, as Special Guardian of WILLIAM H. ROSSITER et al., Infants, Appellant; UNION TRUST COMPANY OF ROCHESTER, as Executor of WILLIAM H. DUNN, Deceased, Respondent.

Submitted October 6, 1941; decided October 16, 1941.

*Kenneth B. Keating* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant serves and files an undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.